442 A.2d 693

**Arthur BERNKNOPF and Dorothy Y. Bernknopf, Appellants,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE.**

Supreme Court of Pennsylvania.

Argued March 1, 1982.

Decided April 2, 1982.

Arthur Bernknopf, Pittsburgh, pro se.

LeRoy Zimmerman, Atty. Gen., Robert Patrick Coyne, Deputy Atty. Gen., Harrisburg, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Order affirmed.